UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

CASIUS ERNEST,

                        Defendant.
-----------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Tuesday, January 7, 2020, is adjourned to Thursday, January 16, 2020, at 10:30 a.m.

SO ORDERED.

Dated: New York, New York
December 19, 2019

*[signature]*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19