

RECEIVED JAN 0 2 2020 CHAMBERS OF KIMBA M. WOOD U.S.D.J.-S.D.N.Y.

# THOMAS AMBROSIO
### ATTORNEY AT LAW
Member of NJ & NY Bars

September 27, 2019

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 1/7/20 |

Via ECF

Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

RE: USA v. Casius Ernest
12-cr-00442-KMW
**Final Hearing re Revocation of Supervised Release**

Dear Judge Wood,

I received an ECF notice that the above referenced matter scheduled for January 7, 2020 had to be scheduled to Thursday, January 16, 2020, due to a conflict in the Court's calendar. Unfortunately, I have a conflict with the new date. I fully anticipate being on trial before the Honorable Ester Salas, U.S.D.J. in Newark, New Jersey in a felon in possession of weapon trial.

I anticipate that a verdict will be reached by the end of the day, Friday, January 17, 2020.

Perhaps Your Honor might be able accommodate this matter for Friday, January 24, 2020.

I thank Your Honor for accommodating my schedule on this matter.

*The conference is adjourned to January 30, 2020, at 12:00 p.m.*

Respectfully yours,

/s/ Thomas Ambrosio
Thomas Ambrosio

cc: All counsel via ECF

SO ORDERED: N.Y., N.Y. 1/7/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com