UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

CASIUS ERNEST,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference, for the defendant's violation of supervised release, on Wednesday, February 17, 2021, at 10:30 a.m.

    To join the teleconference, the parties should dial 888-363-4749, and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
         February 8, 2021

                                          /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE