```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

CASIUS ERNEST,

                             Defendants.
------------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Thursday, September 23, 2021 at 11:00 a.m. Members of the press and public who wish to join the proceeding should dial 917-933-2166 and enter Conference ID 538648255, with their telephones on mute. Consistent with the standing orders of this court, and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
         September 16, 2021

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE