UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

CASIUS ERNEST,

                    Defendant.
-------------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 11/22/21

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

    The conference in the above-captioned matter, currently scheduled for December 2, 2021, is adjourned to December 20, 2021, at 12:00 p.m.

    The parties shall notify the Court by *December 8, 2021*, how they wish to proceed in this matter.

    SO ORDERED.

Dated: New York, New York
          November 22, 2021

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE