UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

           -against-

CASIUS ERNEST,

                               Defendant.
------------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/22

KIMBA M. WOOD, District Judge:

      At the request of the parties, and in order to allow for the resolution of the defendant's state case, the conference scheduled for February 22, 2022, is adjourned to April 19, 2022, at 12:00 p.m.

      SO ORDERED.

Dated: New York, New York
         February 9, 2022

                                                    /s/ Kimba M. Wood
                                                 KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE