UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

CASIUS ERNEST,

                              Defendant.
-------------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/22

KIMBA M. WOOD, District Judge:

       The Court will adjourn the conference and arraignment on the defendant's violation of supervised release, filed November 17, 2021, in order to allow for the resolution of the defendant's state case. The conference and arraignment, currently scheduled for April 19, 2022, is adjourned to June 21, 2022, at 12:00 p.m.

       SO ORDERED.

Dated: New York, New York
          April 4, 2022

                                                /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE