UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/22
```

-against-

**ORDER**
12 CR 442 (KMW)

CASIUS ERNEST,

Defendant.

------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to the Court's trial calendar, the remote conference currently scheduled for June 21, 2022, is adjourned to Tuesday, July 12, 2022, at 10:30 a.m.

SO ORDERED.

Dated: New York, New York
       May 31, 2022

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE