USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

         -against                                                  **ORDER**
                                                                12 CR 442 (KMW)

CASIUS ERNEST,

                               Defendant.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The remote conference on the violation of supervised release, currently scheduled for July 12, 2022, is adjourned to September 22, 2022, at 10:30 a.m. in order to allow for the resolution of the defendant's state court case.

SO ORDERED.

Dated: New York, New York
         July 11, 2022

                                                          */s/ Kimba M. Wood*
                                                          KIMBA M. WOOD
                                                     UNITED STATES DISTRICT JUDGE