UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/22
```

    -against-

CASIUS ERNEST,

                Defendant.
-------------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

The remote conference on the violation of supervised release, scheduled for January 10, 2023, is adjourned to Wednesday, January 25, 2023, at 12:00 p.m., as in-person.

SO ORDERED.

Dated: New York, New York
       December 7, 2022

                                                _/s/ Kimba M. Wood_
                                                 KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE