USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against

CASIUS ERNEST,

Defendant.
----------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

The initial conference on the violation of supervised release in the above-captioned case will be held on Wednesday, October 28, 2026, at 10:30 a.m.

SO ORDERED.

Dated: New York, New York
September 24, 2026

Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE